UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC G. LITTLE, | ) | Case No. ED CV 12-1566 AG (MRW) |
|         Petitioner, | ) | |
|   vs. | ) | JUDGMENT |
| L. S. McEWEN, Warden, | ) | |
|         Respondent. | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: July 31, 2013

_____

HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE